**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**OSCAR HERNANDEZ,**

    **Plaintiff,**

**v.**                                                                   **Case No. 8:05-cv-1434-T-30EAJ**

**MANATEE COUNTY,**

    **Defendant.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Defendant Manatee County's Dispositive Motion for Summary Judgment and Supporting Memorandum of Law (Dkt. #22), and Plaintiff's Response to Motion for Summary Judgment and Incorporated Motion for Remand (Dkt. #25). The Court, having considered the motion, response, incorporated motion for remand, and being otherwise advised in the premises, finds that Defendant's motion should be granted in part and denied in part.

**Background**

In Plaintiff's Complaint (Dkt. #1), Plaintiff, Oscar Hernandez ("Plaintiff" or "Hernandez"), alleges the following actions against Defendant, Manatee County ("Defendant"): Count I - Violation of the Florida Civil Rights Act; Count II - Negligent Supervision/Training/Retention; Count III - Title VII of the Civil Rights Act of 1964; and Count IV - Violation of Florida Statute §440.205. On October 23, 2006, the Court dismissed Count II of Plaintiff's Complaint (Dkt. #21).

Defendant now moves for summary judgment as to Counts I, III and IV. In Plaintiff's Response to Defendant's Motion for Summary Judgment, Plaintiff voluntarily withdrew Counts I and III of Plaintiff's Complaint. Accordingly, the Court approves the dismissal without prejudice of Counts I and III pursuant to Fed.R.Civ.P. 41(b).

Thus, Count IV alleging a violation of Fla. Stat. §440.205 is the only remaining cause of action in this matter. Plaintiff incorporated a Motion for Remand within its response as to Count IV. It is not possible for this Court to remand this action, however, since it was originally filed with this Court and was not removed from state court. A week after filing a Motion for Remand, Plaintiff apparently realized that remand is not appropriate under these circumstances and filed a Notice of Withdrawal of Motion for Remand (Dkt. #26).

### Analysis

Title 28 U.S.C. Section 1367 provides that the district courts may decline to exercise supplemental jurisdiction over state claims where it has dismissed all the underlying federal claims. See U.S.C. §1367(c)(3). In making this determination, the court should consider factors such as "comity, judicial economy, convenience, fairness, and the like." Clement v. Amscot Corp., 176 F.Supp.2d 1292, 1301 (M.D. Fla. 2001); see Crosby v. Paulk, 187 F.3d 1339, 1352 (11th Cir. 1999). Although this decision is discretionary, the dismissal of state law claims is strongly encouraged where the federal claims are dismissed prior to trial. See Baggett v. First Nat'l Bank, 117 F.3d 1342, 1353 (11th Cir. 1997). Where the court declines to exercise supplemental jurisdiction over such claims, the claims should be dismissed

without prejudice so they can be re-filed in the appropriate state court. See Crosby, 187 F.3d at 1352.

Since the only remaining claim in this matter is a state law claim and it appears that Plaintiff would prefer for such action to proceed in state court, the Court concludes that neither party will be prejudiced by the dismissal of this matter. Accordingly, Count IV should be dismissed without prejudice. Plaintiff may re-file his claims against Defendant under Florida Statute §440.205 in the appropriate state court.

It is therefore ORDERED AND ADJUDGED that:

1. Defendant Manatee County's Dispositive Motion for Summary Judgment and Supporting Memorandum of Law (Dkt. #22) is **GRANTED IN PART AND DENIED IN PART** as stated herein.

2. Counts I and III are dismissed without prejudice pursuant to Rule 41(b).

3. Count IV is dismissed without prejudice.

4. The Clerk is directed to **CLOSE** this case and terminate any pending motions.

**DONE** and **ORDERED** in Tampa, Florida on January 30, 2007.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2005\05-cv-1434.msj 22.wpd